**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

| | |
|---|---|
| **JAMES OHNYSTY and** | |
| **MARIE OHNYSTY** | **PLAINTIFFS** |
| **VS.** **NO. 2:04-CV-0177 WRW** | |
| **RODNEY ALLEN WHITE and** | |
| **JOHN M. GIBBS LIVESTOCK** | **DEFENDANTS** |

**ORDER**

Based on a telephone conference held on Tuesday, August 30, 2005, I order as follows:

1. Defendant Rodney Allen White is required to sign an authorization allowing Plaintiffs to request his driving records, violation records, and previous employment records.

2. Plaintiff's request for an authorization to obtain the medical records of Mr. White, is denied, because they are protected by the physician-patient privilege; no waiver has been demonstrated.

3. Defendant John M. Gibbs Livestock's representatives, John M. Gibbs and Robbie Gibbs, must file detailed affidavits regarding their investigative efforts to locate expense sheets, receipts, and bills of lading regarding trips in which Rodney Allen White was driving, Rodney Allen White's personnel file, and the 49 CFR § 391.51(f) qualification file regarding Rodney Allen White.

4. The above documents must be provided by within one week of the date of this Order.

IT IS SO ORDERED this 6th day of September 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE